**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 3/24/2020

SANDRA RODRIGUEZ,

                      **Plaintiff,**

        -against-

**COMMISSIONER OF SOCIAL SECURITY,**

                      **Defendant.**

-------------------------------------------------------------X

**19-CV-04925 (AT)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

By Order dated February 19, 2020, the Court granted defendant until March 3, 2020, to file its motion for judgment on the pleadings. To date, defendant has not filed its motion for judgment on the pleadings. Defendant is directed to file a status letter by no later than March 30, 2020, updating the Court as to the status of its position in this case.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     March 24, 2020
          New York, New York


cc:       Sandra Rodriguez
           5 Old Mamaroneck Rd.
           Apt. 3J
           White Plains, NY 10605