**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 3/31/2020

SANDRA RODRIGUEZ,

                        **Plaintiff,**

           **-against-**

**COMMISSIONER OF SOCIAL SECURITY,**

                       **Defendant.**

-------------------------------------------------------------X

**19-CV-04925 (AT)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On June 19, 2019, the Hon. Analisa Torres referred this matter to me to conduct

proceedings, issue orders on non-dispositive matters, and prepare a report and

recommendation on the case's disposition. ECF No. 7. By letter dated March 27, 2020,

Defendant states the Commissioner has made an offer of remand but that no response has

been received and requests a briefing schedule for a motion to remand. ECF No. 27. The

Court ORDERS the parties to appear by telephone for a conference to discuss the status of the

case on Wednesday, April 1, 2020, at 2:30 p.m. At that time, the parties should call (877)

402-9757 and enter access code 7938632.

**SO ORDERED.**

                                      _____
                                        SARAH NETBURN
                                       United States Magistrate Judge

DATED:      March 31, 2020
             New York, New York

cc:          Sandra Rodriguez (*by Chambers*)
          5 Old Mamaroneck Rd.
          Apt. 3J
          White Plains, NY 10605
          sandralacyr@yahoo.com