UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA RODRIGUEZ,

                Plaintiff,

       -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2020
```

19 Civ. 4925 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

     It is hereby ORDERED that the order of reference at ECF No. 7, referring the matter to the Honorable Sarah Netburn for a report and recommendation, is WITHDRAWN.

     SO ORDERED.

Dated: May 12, 2020
      New York, New York

                                  ANALISA TORRES
                              United States District Judge