**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SANDRA RODRIGIEZ,

                Plaintiff,                      19 **CIVIL** 4925 (AT) (SN)

            -v-                                        **JUDGMENT**

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 12, 2020, the ALJ's decision is reversed and the case is remanded to the Social Security Administration for further development of the administrative record, and the case is closed.

**Dated:**  New York, New York
           May 15, 2020

                                                                    **RUBY J. KRAJICK**
                                                               _____
                                                                   Clerk of Court
                                                    **BY:**
                                                                   _____
                                                                     Deputy Clerk