```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SANDRA RODRIGUEZ,

        Plaintiff,

    -against-

Andrew M. Saul, Commissioner of Social Security,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2021
```

19 Civ. 4925 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Plaintiff's submission filed on October 21, 2021. ECF No. 48. This case is closed. *See* ECF No. 34. The Court remanded this case to the Social Security Administration for further proceedings. *See id.*; ECF No. 36. Accordingly, the Court cannot grant any additional relief to Plaintiff. The Court will not respond to any further submissions in this case.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: October 29, 2021
       New York, New York

                              ANALISA TORRES
                           United States District Judge